Roy Harrington, Plaintiff-Appellee, v. Kenneth L. Kelly, Defendant-Appellant.

**Gen. No. 64-60-M.** 

Third District.

March 26, 1965.

Dan H. McNeal, of Moline, for appellant; Ferguson & Ferguson, of Rock Island, for appellee. Opinion by PRESIDING JUSTICE ALLOY. **Not to be published in full.**